## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HEATHER TIDWELL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

YWCA OF GREATER HARRISBURG,

Defendant.

CIVIL ACTION - LAW

NO.: 1:22-cv-908-JKM

Hon. Julia K. Munley

## CONSENT TO JOIN

## I HEREBY CONSENT TO JOIN LITIGATION SEEKING UNPAID WAGES AGAINST YWCA OF GREATER HARRISBURG ("YWCA")

By joining this lawsuit, I designate the Named Plaintiff as my representative, and to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Named Plaintiff's counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. I understand I will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable. I also understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by WEISBERG CUMMINGS, P.C., and other attorneys with whom they may associate.

Date: _6-10-2024_

Signature: _Nereida Benitez_

**Printed Name:** _Nereida Benitez_