IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER TIDWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YWCA OF GREATER HARRISBURG,<br><br>Defendant. | CIVIL ACTION - LAW<br><br>NO.: 1:22-cv-908-JKM<br><br>Hon. Julia K. Munley |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 15, 2024 (Doc. No. 57), and further to the Joint Status Report filed on July 24, 2024 (Doc. No. 58), undersigned counsel for the parties in the above-captioned matter respectfully file this Joint Status Report as follows:

1. As of September 6, 2024, the notice period for members of the putative FLSA collective to sign and return executed consent to join forms has expired.

2. Notice, in the form approved by the Court (*see* Doc. No. 52), was sent by mail to 47 current and former employees of Defendant and posted in Defendant's offices during the notice period.[1]

---

[1] The records provided by counsel for Defendant to counsel for Plaintiff following this Court's order granting conditional certification indicate a total of 49 employees in the putative collective, including Named Plaintiff and one employee who is deceased.

1

3. Of the 47 individuals who received notices of the proposed class, 7 individuals opted in to the proposed FLSA class by returning their opt-in forms to Plaintiff's counsel. *See* Notices of Consent to Join, Doc. Nos. 53-56, 59-61.

4. On September 6, 2024, counsel for the parties conferred as to the status of this action, including as to proposed case management deadlines and the possibility of holding settlement discussions.

5. The parties are currently exchanging information to assess whether settlement discussions may be productive at this juncture.

6. Accordingly, the parties respectfully request an additional 30 days in which to discuss settlement and request that the Court schedule a status conference for a date in October of 2024, at which time the parties will have more information as to the status of settlement discussions and whether additional case management deadlines are necessary.

Respectfully submitted,

| **WEISBERG CUMMINGS, P.C.** | **McNEES WALLACE & NURICK LLC** |
|---|---|
| /s/ Michael J. Bradley | /s/ Devin J. Chwastyk |
| Michael J. Bradley | Devin J. Chwastyk |
| 2704 Commerce Drive | 100 Pine Street |
| Suite B | P.O. Box 1166 |
| Harrisburg, PA 17101-1357 | Harrisburg, PA 17108-1166 |
| (717) 238-5707 | (717) 232-8000 |
| mbradley@weisbergcummings.com | dchwastyk@mcnees.com |

*Counsel for Plaintiff*                                    *Counsel for Defendant*

<u>September 9, 2024</u>
Date