# WEISBERG CUMMINGS

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

LARRY A. WEISBERG     **2704 COMMERCE DRIVE, SUITE B**     STEVE T. MAHAN
DEREK W. CUMMINGS*ˆ     **HARRISBURG, PENNSYLVANIA 17110**     MICHAEL J. BRADLEY

*CERTIFIED PUBLIC ACCOUNTANT     PHONE: 717.238.5707
ˆMEMBER ARIZONA BAR     FAX: 717.233.8133

September 25, 2025

*VIA ECF*

The Honorable Julia K. Munley
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

       RE:    *Tidwell, et al. v. YWCA of Greater Harrisburg*
               **Civil Action No. 1:22-cv-00908-JKM**

Dear Judge Munley:

     Following conference with counsel for Defendant, I write on behalf of the Parties to request a brief telephonic status conference with Your Honor. Counsel for the Parties wish to speak with Your Honor regarding referral to a Magistrate Judge for attendance at a settlement conference and any effect such attendance may have on the current case management schedule.

                                                          Sincerely,

                                                          */s/ Michael J. Bradley*
                                                          Michael J. Bradley
                                                          Derek W. Cummings

                                                          *Counsel for Plaintiff*

cc:     Devin J. Chwastyk, Esquire (via ECF)
          Lauren Anthony, Esquire (via ECF)
          Mark A. Hipple, Esquire (via ECF)