## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER TIDWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YWCA OF GREATER HARRISBURG,<br><br>Defendant. | CIVIL ACTION - LAW<br><br>NO.: 1:22-cv-908-SES |

## ORDER

AND NOW, this 4ᵗʰ day of _May_ , 2026, upon consideration of Plaintiffs' Unopposed Motion to Approve Collective Action Settlement and Attorneys' Fees, the Brief in Support thereof, the accompanying and fully executed Settlement Agreement, and all other papers and proceedings herein, it is hereby ORDERED that:

1.    The Motion is **GRANTED**, and the accompanying Settlement Agreement is **APPROVED** as a fair and reasonable resolution of this action under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA").

2.    The action is **DISMISSED WITH PREJUDICE AS SETTLED**, although this Court retains jurisdiction over this action for sixty (60) days for purposes of overseeing any disputes arising from the implementation, administration, or enforcement of the settlement terms.

3.    All Participating Settlement Collective Members, including the Named Plaintiff, are permanently barred from prosecuting any of the Released Claims against Defendant, as those terms are defined in the Parties' Settlement Agreement.

BY THE COURT:

_____
Susan E. Schwab
United States District Magistrate Judge